UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| OZGUR ALCAN, | : Case No. 1:25-cv-961 |
| Petitioner, | : |
| vs. | : District Judge Douglas R. Cole |
| | : Magistrate Judge Chelsey M. Vascura |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS DETROIT, *et al.*, | : |
| Respondents. | : |

## ORDER

Petitioner, Ozgur Alcan, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).  The case has been referred to the undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The **CLERK OF COURT is DIRECTED** to (1) immediately serve Respondents with a copy of the Petition, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket.  Counsel for Respondents shall promptly enter a notice of appearance.

**IT IS SO ORDERED.**


December 29, 2025                                                  *Chelsey M. Vascura*
                                                                                    CHELSEY M. VASCURA
                                                                                    United States Magistrate Judge