AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| OZGUR ALCAN, <br> *Plaintiff* <br> SECRETARY OF THE U.S. DEPARTMENTOF <br> HOMELAND SECURITY, et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  1:25-cv-961 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

☑  other:  The government having complied with the Court's [11] Order requiring the government to provide an estimated date on which the removal order in this matter will be administratively final, the Court hereby DISMISSES the [1] Petition WITHOUT PREJUDICE and ENTERS JUDGMENT terminating this matter.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge      Douglas R. Cole _____ .

Date:    3/5/26 _____

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk